UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BENDER, ) | |
| ) | |
| Plaintiff(s), ) | No.  C09-1140 WHA (BZ) |
| ) | |
| v.    ) | **ORDER SCHEDULING TELEPHONIC** |
| ) | **CONFERENCE RE DEVISING A** |
| ) | **SETTLEMENT CONFERENCE** |
| ) | **SCHEDULE FOR PATENT CASE** |
| EXAR CORPORATION, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

This case has been assigned to me to conduct a settlement conference. **IT IS HEREBY ORDERED** that a telephonic hearing is scheduled for **Friday, July 24, 2009 at 9:00 a.m.** to discuss the settlement process.  Plaintiff's counsel shall initiate the call and get all interested parties on the line and call chambers at **415-522-4093.**  In preparation for that conference, the parties shall familiarize themselves with my form of settlement conference order for patent cases which can be found on the court's website at **www.cand.uscourts.gov**.

Dated: July 22, 2009

                                         Bernard Zimmerman
                               United States Magistrate Judge

G:\BZALL\-REFS\REFS.09\BENDER V. EXAR\BENDER TEL CONF. ORDER.wpd

1