UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BENDER,<br><br>           Plaintiff(s),<br><br>     v.<br><br><br>EXAR CORPORATION,<br><br>           Defendant(s). | No.  C09-1140 WHA (BZ)<br><br><br><br>**ORDER SCHEDULING<br>TELEPHONE CONFERENCE** |

**IT IS ORDERED** that a telephone conference to discuss the status of the settlement negotiations between the parties is scheduled for **September 21, 2009 at 3:00 p.m.**  Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: July 24, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.09\BENDER V. EXAR\BENDER TEL CONF2.ORDER.wpd

1