David N. Kuhn (State Bar No. 73389)
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA 94611
Telephone:(510)653-4983
E-mail: dnkuhn@pacbell.net

Attorney for plaintiff Gregory Bender

Tanya L. Forsheit, SBN 192472
tforsheit@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone: (310) 557-2900
Facsimile: (310) 557-2193

Steven M. Bauer (pro hac vice)
sbauer@proskauer.com
Jacob K. Baron (pro hac vice)
jbaron@proskauer.com
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
Telephone: (617) 526-9600
Facsimile: (617) 526-9899

Attorneys for defendant Exar Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY BENDER,<br><br>               Plaintiff,<br>vs.<br><br>EXAR CORPORATION, a Delaware corporation,<br><br>               Defendant. | Case No. C 09-01140 WHA<br><br>STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION |

Pursuant to Case Management Order and Reference to Magistrate Judge for Settlement/Mediation, Plaintiff Gregory Bender ("Bender") and Defendant Exar Corporation ("Exar"),

Page 1

(09cv1140)

through their respective counsel, have met and conferred regarding a briefing schedule leading up to the Claim Construction Hearing set for February 3, 2010, at 1:30 PM. Plaintiff Bender and Defendant Exar, through their respective counsel, hereby stipulate and request that the Court enter an order establishing the briefing schedule in preparation for the Claim Construction Hearing set for February 3, 2010 at 1:30 PM.

The proposed briefing schedule is as follows:

| | |
|---|---|
| Parties exchange list of claim terms to be construed by the Court | September 29, 2009 |
| Parties exchange Preliminary Claim Constructions, including extrinsic evidence | October 19, 2009 |
| Deadline to file Joint Claim Construction and Prehearing Statement | November 16, 2009 |
| Deadline to complete claim construction discovery | December 16, 2009 |
| Deadline for Plaintiff to serve and file opening claim construction brief | December 30, 2009 |
| Deadline for Defendant to | January 13, 2010 |

| | |
|---|---|
| serve and file responsive claim construction brief | |
| Deadline for Plaintiff to serve and file reply claim construction brief | January 20, 2010 |
| Tutorial for Court | January 20, 2010 |
| Claim Construction Hearing | February 3, 2010 |

IT IS SO STIPULATED.

Dated: _____, 2009      _____/S/_____
                             David N. Kuhn, counsel for plaintiff


Dated: _____, 2009      _____
                             Jacob K. Baron, counsel for defendant


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated August  18 , 2009      _____
                             The Hon.
                             United States                Judge

*IT IS SO ORDERED — Judge William Alsup — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

I, David N. Kuhn, attest that I am the ECF user whose log-in and password are being used to e-file this document and that concurrence in the filing of this document has been obtained from Proskauer Rose LLP, counsel for the defendant.

Executed on August 13, 2009      _____/S/_____
PIEDMONT, CALIFORNIA                    David N. Kuhn