```
David N. Kuhn - State Bar No. 73389
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA 94611
Telephone:(510)653-4983
E-mail: dnkuhn@pacbell.net
Attorney for plaintiff Gregory Bender
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY BENDER, | ) Case No. C 09-01140 WHA |
|  | ) |
| plaintiff and counter-defendant, | ) [PROPOSED] ORDER OF DISMISSAL |
|  | ) |
| vs. | ) |
|  | ) |
| EXAR CORPORATION, a Delaware corporation, | ) |
|  | ) |
| defendant and counter-claimant. | ) |

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal of all claims asserted by plaintiff and counter-defendant Gregory Bender against defendant and counter-claimant Exar Corporation and of all claims asserted by defendant and counter-claimant Exar Corporation against plaintiff and counter-defendant Gregory Bender in this action, with prejudice, and the Court being of the opinion that said motion should be GRANTED, it is hereby

Page 1

1     ORDERED, ADJUDGED, AND DECREED that all claims asserted in this action by plaintiff and counter-defendant Gregory Bender against defendant and counter-claimant Exar Corporation and all claims asserted in this action by defendant and counter-claimant Exar Corporation against plaintiff and counter-defendant Gregory Bender are hereby dismissed, with prejudice.

    It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

    IT IS SO ORDERED.

Dated: October 5, 2009

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge William Alsup*

[Proposed] Order of Dismissal: C09-0114 WHA